# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA
## Western Division
### Docket No. 5:11-MJ-1627-1

| | | |
|---|---|---|
| **United States Of America** | ) | |
| | ) | **ORDER MODIFYING AND** |
| vs. | ) | |
| | ) | **CONTINUING SUPERVISION** |
| **Kristen D. Creel** | ) | |

On June 6, 2012, Kristen D. Creel appeared before the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge in the Eastern District of North Carolina, and pursuant to an earlier plea of guilty to Simple Assault, in violation of 18 U.S.C. § 113(a)(4) was sentenced to a 12-month term of probation.

From evidence presented at the revocation hearing on September 12, 2012, the court finds as a fact that Kristen D. Creel, who is appearing before the court with counsel, has violated the terms and conditions of the probation judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation sentence heretofore granted be continued with the following modifications:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

3. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Kristen D. Creel
Docket No. 5:11-MJ-1627-1
Order Modifying
Page 2

4. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 14 days commencing immediately and shall abide by all rules and regulations of the designated facility.

5. The defendant shall adhere to a curfew as directed by the probation officer for the remainder of supervision. The defendant is restricted to her residence during the curfew hours. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures specified by the probation officer. The defendant shall pay for electronic monitoring services as directed by the probation officer.

6. The defendant shall abide by all terms and conditions of the Remote Alcohol Monitoring Program, as directed by the probation officer, for the remainder of supervision. The defendant shall comply with the program procedures and shall pay all costs associated with remote alcohol monitoring services.

7. The defendant shall not possess a firearm or destructive device.

**IT IS FURTHER ORDERED** that except as herein modified, the Judgment shall remain in full force and effect.

This the 12th day of September, 2012.

James E. Gates
United States Magistrate Judge